# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Victor Plastics, Inc.,
    Debtor.

Bky. No. 08-40171-DDO
Chapter 7

Julia A. Christians, Trustee for the Bankruptcy Estate of Victor Plastics, Inc.,
    Plaintiff,

v.

Adv. Pro. No.10-04017

T.I.P. Rural Electric Cooperative,
    Defendant.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel, that by reason of settlement, the above-entitled adversary proceeding may be dismissed, with prejudice, and without costs to either party.

November 1, 2010

KALINA, WILLS, GISVOLD & CLARK, P.L.L.P.

By: _____
Gordon B. Conn, Jr. (#18375)
6160 Summit Drive, Suite 560
Minneapolis, MN 55430
Tel. (612) 789-9000
conn@kwgc-law.com
Attorneys for Plaintiff

_____
Kenneth Corey-Edstrom (#148696)
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, MN 55431-1194
Tel. (952) 835-3800
kcoreyedstrom@larkinhoffman.com
Attorneys for Defendant
T. I. P. Rural Electric Cooperative

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Victor Plastics, Inc.,                           Bky. No. 08-40171-DDO
                  Debtor.                      Chapter 7

Julia A. Christians, Trustee for the Bankruptcy
Estate of Victor Plastics, Inc.,
                  Plaintiff,
v.                                                Adv. Pro. No.10-04017

T.I.P. Rural Electric Cooperative,
                  Defendant.

**ORDER OF DISMISSAL**

Upon the foregoing stipulation of counsel,

IT IS HEREBY ORDERED: that the above-captioned adversary proceeding is dismissed on the merits and with prejudice, without costs to either party.

Dated: _____

                                                               By the Court:

                                                               _____
                                                               Dennis D. O'Brien
                                                               United States Bankruptcy Judge